DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JORGE OCHOA ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-025 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE |
| JORGE OCHOA ALVAREZ, | Date: February 23, 2012 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele M. Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's February 23, 2012, calendar, at the request of the parties, and be continued until March 22, 2012, at 9:00 a.m.

**IT IS FURTHER STIPULATED** that time be excluded between February 23, 2012, through and including March 22, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

This continuance is requested in order to consult with Mr. Ochoa-Alvarez about resolution of the case without trial as well as other

defense preparation.

**IT IS SO STIPULATED.**

Dated: February 21, 2012     /S/ Michele M. Beckwith
                             Michele M. Beckwith
                             Assistant United States Attorney
                             Counsel for Plaintiff

Dated: February 21, 2012     /S/ Jeffrey L. Staniels
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             JORGE OCHOA ALVAREZ

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for February 23, 2012, at 9:00 a.m. be continued to March 22, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the March 22, 2012, status conference shall be excluded from the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated: February 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE