```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JORGE OCHOA ALVAREZ
 6

 7              IN THE UNITED STATES DISTRICT COURT

 8             FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )  No. 2:11-cr-025 MCE
                                 )
11            Plaintiff,         )
                                 )  STIPULATION AND ORDER CONTINUING
12       v.                      )  CASE
                                 )
13  JORGE OCHOA ALVAREZ,         )  Date:  March 22, 2012
                                 )  Time:  9:00 a.m.
14            Defendant.         )  Judge: Hon. Morrison C. England
                                 )
15  _____    )

16

17       **IT IS HEREBY STIPULATED** by and between Assistant United States
18  Attorney Michele M. Beckwith, counsel for Plaintiff, and Assistant
19  Federal Defender Jeffrey L. Staniels, counsel for Defendant that the
20  above case be dropped from this court's March 22, 2012, calendar, at
21  the request of the parties, and be continued until April 5, 2012, at
22  9:00 a.m.
23       **IT IS FURTHER STIPULATED** that time be excluded between March 22,
24  2012, through and including April 5, 2012, pursuant to 18 U.S.C. §
25  3161(h)(7)(A) & (B)(iv). Local Code T-4.
26  ///
27  ///
28  ///
```

This continuance is requested in order to consult with Mr. Ochoa-Alvarez about resolution of the case without trial as well as other defense preparation, and accounts for scheduling problems arising from other demands made on my interpreter.

**IT IS SO STIPULATED**.

Dated: March 20, 2012  /S/ Michele M. Beckwith
Michele M. Beckwith
Assistant United States Attorney
Counsel for Plaintiff

Dated: March 20, 2012  /S/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
JORGE OCHOA ALVAREZ

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for March 22, 2012, at 9:00 a.m. be continued to April 5, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the April 5, 2012, status conference shall be excluded from the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated: March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE